UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ty Kempton,

          Plaintiff(s),            Case No. 19-13040

v.            Honorable Nancy G. Edmunds

Life for Relief and Development Incorporated,            Magistrate Judge Michael J. Hluchaniuk

          Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

      This case appears to be a companion case to Case No. 18-13404 . Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Robert H. Cleland and Magistrate Judge Stephanie Dawkins Davis .

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

                                            s/Robert H. Cleland
                                            Robert H. Cleland
                                            United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: CIVIL

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: October 18, 2019            s/N. Ahmed
                                           Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Robert H. Cleland