IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **TY KEMPTON,** individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**LIFE FOR RELIEF AND DEVELOPMENT,** a California corporation,<br><br>*Defendant.* | Case No. 3:19-cv-13040<br><br>Hon. Robert H. Cleland<br><br>**CLASS ACTION** |

## DISMISSAL STIPULATION

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Ty Kempton and Defendant Life for Relief and Development hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice, and of putative class members' claims without prejudice.

By: */s/ Avi R. Kaufman*[*]

Avi R. Kaufman
**Kaufman PA**
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
E-Mail: Kaufman@kaufmanpa.com


Stefan Coleman
**Law Offices of Stefan Coleman, P.A.**
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946
E-Mail: law@stefancoleman.com

*Attorneys for Plaintiff*
*Life for Relief and Development*


By: */s/ Jacob D. Koering*

Jacob D. Koering
**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
225 West Washington Street, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 460-4272
Facsimile: (312) 460-4201
E-Mail: koering@millercanfield.com

Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
840 West Long Lake Road, Suite 150
Troy, Michigan 48098
Telephone: (248) 879-2000
Facsimile: (248) 879-2001
E-Mail: cranmer@millercanfield.com
E-Mail: allen@millercanfield.com

*Attorneys for Defendant*
*Life for Relief and Development*

---

[*] Signed with Permission

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2020, I caused a true and correct copy of the foregoing **DISMISSAL STIPULATION** to be served on all counsel of record via the CM/ECF filing system of the Eastern District of Michigan.

*/s/ Jacob D. Koering*